[No. 20446-1-II.     Division Two.     February 6, 1998.]

STANLEY J. TROHIMOVICH, *Appellant*, v. THE STATE OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 90-2-01003-8, Michael Spencer, J. Pro Tem., entered December 4, 1995. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Seinfeld and Hunt, JJ. Now published at 90 Wn. App. 554.

[No. 20470-3-II.     Division Two.     February 6, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD WAYNE BLAIR, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-02782-4, Nile E. Aubrey, J., entered February 14, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Armstrong, J.

[No. 20878-4-II.     Division Two.     February 6, 1998.]

ASSOCIATION TO PROTECT ANDERSON CREEK, *Appellant*, v. THE CITY OF BREMERTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 95-2-02790-5, Frederick Hayes, J. Pro Tem., entered June 3, 1996. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Seinfeld and Hunt, JJ.

[No. 21703-1-II.     Division Two.     February 6, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS JAMES REYNOLDS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-8-01433-3, Thomas L. Lodge, J., entered February 18, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Armstrong, JJ.